NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7111

PATRICIA L. AMBERMAN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-1160, Judge William A. Moorman.

ON MOTION

Before PROST, Circuit Judge.

## ORDER

Patricia L. Amberman moves without opposition for a 33-day extension of time, until February 17, 2009, to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
L. Misha Preheim, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK